UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-62784-DPG

ELIYAHU SHOR,

        Plaintiff,

v.

STORM TIGHT WINDOWS, INC.,

        Defendant.

_____/

## DEFENDANT'S OFFER OF JUDGMENT

Defendant, Storm Tight Windows, by and through its undersigned counsel, pursuant to Rule 68 Fed.R.Civ.P., hereby offers to allow judgment to be taken against it in favor of Plaintiff, Eliyahu Shor, in the amount of $4,000.00 exclusive of costs and attorney's fees and an additional $7,000.00 for costs and attorney's fees. In the alternative, Plaintiff can allow the Court to determine the amount of costs and attorney's fees upon filing of a separate motion by Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail and U.S. Mail on this 12th day of November, 2020 to Elliott Kozolchyk, Esq., Koz Law, P.A., 320 S.E. 9th Street, Ft. Lauderdale, FL 33316, ekoz@kozlawfirm.com.

By: /s/ Kenneth L. Minerley
Kenneth L. Minerley
Fla. Bar No. 521840
Primary Email:
Ken@minerleyfein.com

**MINERLEY FEIN, P.A.**
*Attorneys for Defendant*
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
Phone:    561/362-6699
Fax:      561/447-9884
Fileclerk@minerleyfein.com