**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-62784-CIV-CANNON/HUNT**

ELIYAHU SHOR,

                              Plaintiff,

v.

STORM TIGHT WINDOWS INC.,

                              Defendant.

_____/

## REPORT AND RECOMMENDATION

This matter came before the Court on Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment. ECF No. 45. The Honorable Aileen M. Cannon, United States District Judge, referred this case to the undersigned United States Magistrate Judge for a fairness hearing. ECF No. 48. This Court, having reviewed the file, considered the Notice, considered statements of counsel at a fairness hearing conducted on January 27, 2021, and being otherwise fully advised, hereby RECOMMENDS that the Acceptance be APPROVED for the following reasons.

This case includes claims under the Fair Labor Standards Act ("FLSA") for alleged violations of the statutory wage and overtime provisions. *See* 29 U.S.C. § 201, *et seq*. ECF No. 1. Before this Court can dismiss this case and approve a settlement of the FLSA claims, the undersigned must scrutinize the settlement and determine that it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). In doing so, courts consider various factors, including: (1) the possible existence of collusion behind the settlement; (2) the complexity, expense, and likely duration of the litigation; (3) the stage of the

proceedings and the amount of discovery completed; (4) the probability of the plaintiff's success on the merits; (5) the range of possible recovery; and (6) the opinions of counsel. *See Leverso v. S. Tr. Bank of Ala. Nat'l Ass'n*, 18 F.3d 1527, 1531 n.6 (11th Cir. 1994); *see also McHone v. Donald P. Hoekstra Plumbing, Inc.*, No. 10-CV-60322, 2010 WL 4625999, at *1 (S.D. Fla. Nov. 4, 2010); *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227, 1241 (M.D. Fla. 2010). In the end, if the settlement reflects a reasonable compromise over FLSA issues that are actually in dispute, this Court may approve the settlement "to promote the policy of encouraging settlement in litigation." *Lynn's Food Stores*, 679 F.2d at 1354.

Here, this Court reviewed the Complaint, ECF No. 1, Plaintiff's Statement of Claim, ECF No. 7, Defendant's Offer of Judgment, ECF No. 45-1, and Plaintiff's Notice of Acceptance, ECF No. 45. In scrutinizing the Offer and Acceptance, this Court considered the above factors, the overall strengths and weaknesses of the Parties' respective positions, and the Parties' desire to resolve this case sooner rather than later to avoid the costs and uncertainty of litigation. The undersigned also considered that Plaintiff's claims were disputed as to liability and amount and that all parties were represented by counsel. Accordingly, this Court finds that the agreement reached is a fair and reasonable resolution of a bona fide FLSA dispute.

As to attorney's fees, the Parties have represented that attorney's fees have not yet been agreed upon, and that the Court will determine said fees should an agreement not be reached.

Accordingly, it is hereby RECOMMENDED as follows:

(1) Plaintiff's Acceptance of the Offer of Judgment should be APPROVED and judgment be entered in accordance with the agreed-upon terms.

(2) Plaintiff shall file any Motion for Attorney's Fees in accordance with Local Rule 7.3.

(3) Within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b). The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3–1 (2018); *see Thomas v. Arn*, 474 U.S. 140 (1985).

**DONE AND SUBMITTED** in Chambers at Fort Lauderdale, Florida, on January 27th, 2021.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
   The Honorable Aileen M. Cannon
   All Counsel of Record