UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-62784-CIV-CANNON/Hunt

**ELIYAHU SHOR**,

 Plaintiff,

v.

**STORM TIGHT WINDOWS INC.**,

 Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court upon the Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [ECF No. 50], entered on January 27, 2021. In the Report, Judge Hunt recommends that "Plaintiff's Acceptance of the Offer of Judgment should be APPROVED and [that] the judgment be entered in accordance with the agreed-upon terms" [ECF No. 50, p. 3]. The parties have not filed any objections to the Report. Following review of the complete record, the Court agrees with the Report's recommendations. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 50] is **ADOPTED**.

2. Plaintiff's Acceptance of the Offer of Judgment [ECF No. 45] is **APPROVED** and **JUDGMENT IS ENTERED** in accordance with the parties' agreed-upon terms.

3. Plaintiff shall file any Motion for Attorney Fees on or before **May 17, 2020** in accordance with Local Rule 7.3.

CASE NO. 19-62784-CIV-CANNON/Hunt

**DONE AND ORDERED** in Fort Pierce, Florida, this 16th day of March 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record