UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-62784-CIV-CANNON/Hunt

**ELIYAHU SHOR**,

    Plaintiff,
v.

**STORM TIGHT WINDOWS INC.**,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS [ECF No. 62]

**THIS CAUSE** is before the Court upon the Report ("R&R") of Magistrate Judge Patrick M. Hunt recommending that both the Bill of Costs and Motion for Attorneys' Fees [ECF Nos. 52 and 58] be granted in part and denied in part [ECF No. 62]. On April 19, 2021, the Court referred the Bill of Costs and Motion for Attorneys' Fees to Magistrate Judge Patrick M. Hunt for a Report and Recommendation [ECF No. 53]. On December 21, 2021, Judge Hunt issued the instant R&R recommending that both the Bill of Costs and Motion for Attorneys' Fees be granted in part and denied in part [ECF No. 62]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 62 p. 10]. No party has filed objections.

The Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Bill

CASE NO. 19-62784-CIV-CANNON/Hunt

of Costs and Motion for Attorneys' Fees [ECF Nos. 52 and 58] should be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 62] is **ADOPTED**.

2. Plaintiff's Bill of Costs [ECF Nos. 52] is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff's Motion for Attorneys' Fees [ECF Nos. 58] is **GRANTED IN PART AND DENIED IN PART**.

4. Plaintiff shall recover attorneys' fees of $11,137.50 and costs of $465, for a total award of $11,602.50

5. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of January 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record